E-Filed: 06.29.30
JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGAL KLEIN, an individual, | ) CASE NO. CV 09-02773 MMM (AJWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

On March 30, 2010, defendant filed a motion for summary judgment on plaintiff's first amended complaint. The motion was heard on June 21, 2010. Having considered the evidence presented by the parties, reviewed the briefs, and heard argument, the court granted the motion that same day.

IT IS THEREFORE ORDERED AND ADJUDGED that the action be, and it hereby is, dismissed without prejudice.

DATED: June 29, 2010

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE